| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hogan, Thomas F. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>10/17/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial     ☑ Annual     ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 |
|---|

| IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Principal - Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Bar Assoc. | 03/2013 | New York, NY | CLE | Lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Kirkland & Ellis LLP, Washington, DC | Pro bono legal services and costs | $23,662.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank | 1st Trust - Professional Office Building | L |
| 2. | EverHome Mortgage (formerly known as Alliance Mortgage) | Mortgage on country property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --BROKERAGE ACCOUNT #1-- | | | | | | | | | |
| 2. Citibank Deposit Program | A | Interest | | | Closed | 09/19/13 | J | | |
| 3. | | | | | | | | | |
| 4. --BROKERAGE ACCOUNT #2-- | | | | | | | | | |
| 5. Morgan Stanley Deposit Program | A | Interest | L | T | | | | | |
| 6. Am. Capital World Growth Cl A | A | Interest | K | T | | | | | |
| 7. ARES Capital | A | Dividend | J | T | | | | | |
| 8. Cigna | A | Dividend | K | T | | | | | |
| 9. First Eagle Global Fund Cl C | A | Interest | L | T | | | | | |
| 10. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | A | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. --BROKERAGE ACCOUNT #3-- | | | | | | | | | |
| 13. Morgan Stanley Deposit Prog | A | Int./Div. | J | T | | | | | |
| 14. ATT | A | Dividend | K | T | | | | | |
| 15. Consol Ediston | B | Dividend | K | T | | | | | |
| 16. GE Co. | A | Dividend | K | T | | | | | |
| 17. Genuine Parts Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 19. Kimberly Clark | A | Dividend | K | T | | | | | |
| 20. Kinder Morgan Energy | B | Dividend | K | T | | | | | |
| 21. Pepsico | B | Dividend | L | T | | | | | |
| 22. Scotts Co | A | Dividend | K | T | | | | | |
| 23. UPS | A | Dividend | K | T | | | | | |
| 24. Verizon | B | Dividend | K | T | | | | | |
| 25. Wal-Mart | B | Dividend | L | T | | | | | |
| 26. Yum Brands | A | Dividend | K | T | | | | | |
| 27. Templeton Emer. Mkts | B | Dividend | L | T | | | | | |
| 28. FNMA Cpn. due 09/25/20 | A | Interest | J | T | | | | | |
| 29. --Mutual Funds-- | | | | | | | | | |
| 30. Ivy Global Nat Res | | None | | | Sold | 10/28/13 | J | A | |
| 31. Ivy Asset Strategy Cl C | A | Dividend | K | T | | | | | |
| 32. Merrill Lynch bond | A | Interest | K | T | | | | | |
| 33. | | | | | | | | | |
| 34. --BROKERAGE ACCOUNT #4-- | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Bank Dep Program | A | Interest | K | T | | | | | |
| 36. Arrow Electronics | B | Interest | K | T | | | | | |
| 37. AT&T | B | Dividend | K | T | | | | | |
| 38. Bellsouth Corp/ATT | B | Dividend | J | T | | | | | |
| 39. Chevron Texaco | C | Dividend | M | T | | | | | |
| 40. Coca-Cola | B | Dividend | L | T | | | | | |
| 41. ConEd | B | Dividend | K | T | | | | | |
| 42. Costco | A | Dividend | | | Sold | 06/25/13 | L | E | |
| 43. En Bridge Energy Partners GE | B | Dividend | K | T | Buy (add'l) | 06/25/13 | K | | |
| 44. Enterprise Prods Partners | B | Dividend | K | T | | | | | |
| 45. Exelon | A | Dividend | J | T | | | | | |
| 46. Exxon | B | Dividend | L | T | | | | | |
| 47. Fed. Realty Inv. Tr. | B | Dividend | L | T | | | | | |
| 48. Ford Del Deb 11/15/2025 | A | Interest | J | T | | | | | |
| 49. Ford Debentures 08/01/2026 | A | Interest | K | T | | | | | |
| 50. General Electric | A | Dividend | K | T | Buy (add'l) | 06/25/13 | K | | |
| 51. Genuine Parts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HJ Heinz | C | Dividend | | | Sold | 03/05/13 | K | | |
| 53. IBM | A | Dividend | K | T | | | | | |
| 54. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 55. J.P. Morgan Chase | A | Dividend | L | T | | | | | |
| 56. Kimberly Clark | B | Dividend | L | T | | | | | |
| 57. Kinder Morgan Energy | C | Dividend | L | T | | | | | |
| 58. Lilly & Co. | B | Dividend | L | T | | | | | |
| 59. McDonalds | F | Dividend | L | T | Buy | 06/25/13 | L | | |
| 60. | | | | | Buy (add'l) | 11/04/13 | K | | |
| 61. Merck & Co. | A | Dividend | K | T | | | | | |
| 62. Microsoft | A | Dividend | K | T | | | | | |
| 63. National Retail Prop. | B | Dividend | K | T | Buy (add'l) | 06/25/13 | J | | |
| 64. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 65. PepsiCo | B | Dividend | K | T | | | | | |
| 66. Pfizer, Inc. | B | Dividend | K | T | Buy (add'l) | 10/22/13 | K | | |
| 67. Proctor & Gamble | B | Dividend | M | T | | | | | |
| 68. 3M | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Universal Health Realty | B | Dividend | K | T | Buy (add'l) | 11/04/13 | K | | |
| 70. UPS | B | Dividend | K | T | | | | | |
| 71. Verizon | C | Dividend | L | T | | | | | |
| 72. Wells Fargo | B | Dividend | K | T | | | | | |
| 73. FNMA Cl 59, 10/25/2022 | A | Interest | J | T | | | | | |
| 74. Bank of America Funding Cl 1A38 | A | Interest | | | Redeemed | 04/25/12 | J | A | Omitted from '12 report |
| 75. Bank of America Mtg Sec Cl 3A9 | A | Interest | J | T | | | | | |
| 76. Bank of America. Cl 2A3 | A | Interest | J | T | | | | | |
| 77. Chase Mtg. Fin. Cl 2A5 | A | Interest | J | T | | | | | |
| 78. Ivy Intl Con Equity | | None | K | T | | | | | |
| 79. Ivy Global Nat Resources Cl C | | None | | | Sold | 10/22/13 | K | A | |
| 80. Ivy Asset Strat. Cl-C | B | Dividend | M | T | | | | | |
| 81. NationsBank Sub Note | B | Interest | J | T | | | | | |
| 82. Lincoln National bond 03/15/18 | A | Interest | J | T | | | | | |
| 83. Alcoa Inc bond | A | Interest | K | T | | | | | |
| 84. Merrill Lynch bond 07/15/18 | B | Interest | K | T | | | | | |
| 85. AmerenEnergy bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Wash RE Inv | A | Interest | K | T | Sold (part) | 11/07/12 | L | A | Omitted from '12 report |
| 87. | Whirlpool Mty 05/15/21 | A | Interest | K | T | | | | | |
| 88. | Xerox Mty 06/15/21 | A | Interest | K | T | | | | | |
| 89. | | | | | | | | | | |
| 90. | --BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 91. | Oppenh Str Inc N | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 92. | Am Fds Cap Wld G/I R3 | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 93. | Am Euro Growth Fund R-3 | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 94. | Amer Growth Fund R-3 | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 95. | Ameri Funds Inc Fund 3 | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 96. | America Bond Fund 3 | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 97. | PIMCO Real Ret R | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 98. | Federated Kaufmann K | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 99. | Oppenh Intl Bond N | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 100. | Black Rock Temp Fund Mgmt | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 101. | Van Kampen Eq Inc R | A | Dividend | | | Distributed | 10/23/13 | J | A | |
| 102. | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --BROKERAGE ACCOUNT #6-- | | | | | | | | | |
| 104. Citibank Deposit Program | A | Interest | | | Closed | 09/19/12 | J | | Omitted from '12 report |
| 105. Cook County #205 | A | Interest | | | Redeemed | 06/03/13 | J | | |
| 106. | | | | | | | | | |
| 107. --BROKERAGE ACCOUNT #7 | | | | | | | | | |
| 108. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 109. Howard County Cons. | B | Interest | K | T | | | | | |
| 110. Mayor & City Council Balt. | A | Interest | K | T | | | | | |
| 111. NationsBank Corp Sub Note, 9/15/16 | B | Interest | J | T | | | | | |
| 112. Southern Co. | A | Dividend | K | T | Buy | 10/24/13 | K | | |
| 113. | | | | | | | | | |
| 114. --OIL & GAS WELL SHARES-- | | | | | | | | | |
| 115. Total Fina Elf. | B | Royalty | J | W | | | | | |
| 116. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 117. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 118. | | | | | | | | | |
| 119. --REAL ESTATE-- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 10/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 121. Adams Co., PA - country property | | None | M | W | | | | | |
| 122. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 123. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 124. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 125. 1st Trust Prof. Office Bldge., Fairfax Co., VA | D | Interest | L | W | | | | | |
| 126. | | | | | | | | | |
| 127. --MISC-- | | | | | | | | | |
| 128. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hogan, Thomas F. | 10/17/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 5 in the 2013 report, listed as Morgan Stanley Desposit Program in the 2013 report, was formerly line 9 in the 2012 report, Citibank Deposit Program.

2. Part VII, line 13 in the 2013 report, listed as Morgan Stanley Deposit Program in the 2013 report, was formerly line 15 in the 2012 report, Citibank Deposit Program.

3. Part VII, line 35 in the 2013 report, listed as Morgan Stanley Deposit Program in the 2013 report, was formerly line 39 in the 2012 report, Citibank Bank Dep Program.

4. Assets listed in Brokerage Accounts 1 and 6 in the 2012 report were transferred to Brokerage Accounts 2 and 7 in the 2013 report.

5. Assets from Brokerage Account #5 in the 2012 report were liquidated and redistributed into assests in Brokerage Account #4 during 2013.

6 . Items #80 - Chase Mtg.Fin. Cl 2A2, and #82 - EuroPacific Growth Fund Cl B, listed in the 2012 report, were disposed of in a previous year and should not have been listed in the 2012 report.  No further information on their disposition is available at this time.

7. Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which _____ serves as sole trustee and over which I have no authority whatsoever, are not required to be listed.  Transactions involving assets of the trust are managed by a brokerage firm; _____ consulted only for a "yes" or "no" regarding prospective purchases or sales.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas F. Hogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544